**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

FILED

APR 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name  Williams  Stanley

(Last)              (First)              (Initial)

Prisoner Number  # 2356619   S.F. County Jail

Institutional Address  850 Bryant St   S.F. CA. 94103

_____

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Stanley Williams
(Enter the full name of plaintiff in this action.)

CV 08  2197

vs.

Micheal Hennessey
San Francisco County
Jail Sheriff
City and County of the state of (Cal.)
(Enter the full name of the defendant(s) in this action))

Case No. _____
(To be provided by the clerk of court)

**COMPLAINT UNDER THE**
**CIVIL RIGHTS ACT,**
**42 U.S.C §§ 1983**

RMW

E-filing

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go

forward.  The court will dismiss any unexhausted claims.]

A.    Place of present confinement  S.F. County Jail #2

B.    Is there a grievance procedure in this institution?

YES (X)      NO ( )

C.    Did you present the facts in your complaint for review through the grievance

procedure?

YES (X)      NO ( )

D.    If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                    - 1 -

appeal at each level of review.  If you did not pursue a certain level of appeal,
explain why.

1. Informal appeal _____

_____ 2. First

formal level_____

_____

_____

3. Second formal level_____

_____

_____ 4 Third

formal level _____

_____

*See Attach Habeas Corpus Documents Staite writ and if*

E.    Is the last level to which you appealed the highest level of appeal available to
you?

YES (X)    NO ( )

F.    If you did not present your claim for review through the grievance procedure,
explain why._____

_____

_____

II.    Parties

A.    Write your name and your present address.  Do the same for additional plaintiffs,
if any.

Stanley Williams 850 Bryant st S.F. CA, 94103
/ 2356619

_____

B.    Write the full name of each defendant, his or her official position, and his or her
Micheal Hennessey Sheriff of S.F. County Jail

COMPLAINT                                    -2-

place of employment. He's the Sheriff of S.F. County Jail

III.

Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

← 350 McAllister St S.F.

Contact First District Court of Appeal Division 1 (See Attach State Writ of Habeas Corpus) Case # 5526

San Francisco Superior Court Dept 22 Deem That state writ of Habeas Corpus "moot" which shield Sheriff M Henn essey From That Law suit

I was in Ad Seg For A Total of "27 days" March 6 2007 To April 1 2007

IV.    Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

To be compensated (money) For inFlecting me To Cruel un-usual punishment (currency) 8Th Amendment's

10,000 per Day

COMPLAINT                                    - 3 -

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____2_____ day of ____April____, 20_08_

_Stanly Williams_

(Plaintiff's signature)

COMPLAINT                                - 4 -

**LAURETTA MARIE ORAVITZ-KOMLOS, Attorney at Law**

*15 Boardman Place, 2nd Floor • San Francisco, California • 94103-4727*     phone: 415-703-0885
facsimile: 415-276-4549
e-mail: lauretta@lawyer.com

March 19, 2008

Stanley Williams
Inmate No. 2356619
San Francisco County Jail
850 Bryant Street
San Francisco, CA 94103

      Re:    Paperwork from your Appeal

Dear Stanley,

I was saddened to hear of your reincarceration. I hope you are released soon.

In response to your request to FDAP, I have enclosed a copy of the Court's Opinion in your case. I no longer have any of the record on appeal because your records were sent to you at your Scott Street address on January 4, 2008.

In your case, you may recall that you received two remedies. Firstly, we were able to get the court to correct your time credits, and you did receive these credits and you were released early. The second remedy we received had little impact outside of a civil action. In the issue that was presented to the Court of Appeal, we prevailed on the claim that you were improperly housed in Administrative Segregation where you declined to participate in Roads to Recovery. Unfortunately, the decision came down long after your release. Neither of these decisions would have any impact on your current incarceration.

If you are being held on a probation violation, it should be made clear that the last time you waived any credits was on October 23, 2006 when you waived 158 days of credit. All of your subsequent credits should be applied to any state prison commitment, including the 14 days that you were initially credited on October 23rd, and which were re-credited to you on March 14, 2007 in proceedings before J. Lee. These 14 days were applied against your 8 month sentence that was imposed by J. Lee in December of 2006. Unless you have suffered an interim probation revocation, your 8 month jail term credits should be offset from any prison sentence along with any current credits you are earning. Of course, if the court permits reinstatement, they may ultimately be the subject of a future waiver.

Hope this is helpful. My best wishes to you.

Sincerely,

Lauretta Marie Oravitz-Komlos
Attorney at Law

enc.
Cc: FDAP

Westlaw.

Not Reported in Cal.Rptr.3d
Not Reported in Cal.Rptr.3d, 2007 WL 3194817 (Cal.App. 1 Dist.)
(Cite as: Not Reported in Cal.Rptr.3d)

►People v. **Williams**
Cal.App. 1 Dist.,2007.
Only the Westlaw citation is currently available.

California Rules of Court, rule 8.1115, restricts citation
of unpublished opinions in California courts.

Court of Appeal, First District, Division 1, California.
The PEOPLE, Plaintiff and Respondent,
v.
**Stanley WILLIAMS, Defendant and Appellant.**
**No. A116535.**
**(San Francisco County Super. Ct. No. 195509).**

Oct. 31, 2007.

Office of the Attorney General, San Francisco, CA, for
Plaintiff and Respondent.
First District Appellate Project, Lauretta Marie
Oravitz-Komlos, San Francisco, CA for Defendant and
Appellant.
MARGULIES, J.
*1 Defendant **Stanley Williams** pleaded guilty to
possession of crack cocaine and was put on three years'
probation. Following defendant's admission of a probation
violation, the court reinstated his probation conditioned on
serving an eight-month jail term with 35 days of custody
credits. When orally pronouncing judgment, the court
stipulated that defendant could, at his election, serve the
balance of his jail term in an in-custody drug treatment
program. The clerk's minutes incorrectly stated that
defendant's participation in the drug treatment program
was mandatory rather than voluntary. On appeal,
defendant contends, and the People properly concede that
the clerical record should be corrected to conform to the

trial court's oral pronouncement of judgment. We affirm
the judgment as orally pronounced and remand the matter
for correction of the minutes and related orders.

## I. BACKGROUND

On December 20, 2004, the San Francisco Police
Department conducted a "buy/bust operation" on Turk
Street and Taylor Street in the Tenderloin. Defendant sold
1.02 grams of crack cocaine to an undercover officer.
After the completion of the sale, the police arrested
defendant and recovered $40 in marked currency from
defendant's hand.[FN1]

> FN1. This summary of the original offense is
> derived from the May 26, 2005 probation report.

Defendant was charged by complaint with the sale and
transportation of cocaine. (Health & Saf.Code, § 11352,
subd. (a).) The complaint further alleged that defendant
committed the current offense while on probation
(Pen.Code, § 1203.2, subd. (a)), was ineligible for another
grant of probation (Pen.Code, § 1203.073, subd. (b)(7)),
suffered three prior drug-related convictions (Pen.Code, §
1203.07, subd. (a)(11); Health & Saf.Code, §§ 11370,
subds. (a) & (c), 11370.2), and served three prior prison
terms (Pen.Code, § 667.5, subd. (b)).

On May 5, 2005, defendant pleaded guilty to violating
Health and Safety Code section 11352. The trial court
suspended imposition of sentence and granted three years'
probation.

On October 10, 2006, the police arrested defendant for
possessing cocaine and a crack pipe. The prosecution

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Not Reported in Cal.Rptr.3d
Not Reported in Cal.Rptr.3d, 2007 WL 3194817 (Cal.App. 1 Dist.)
(Cite as: Not Reported in Cal.Rptr.3d)

moved to revoke probation. On October 23, 2006, defendant admitted a probation violation and the trial court reinstated probation.

On November 8, 2006, the police located defendant on Turk Street and Taylor Street, performed a warrantless search, and found cocaine on his person. The prosecution again moved to revoke probation. On December 12, 2006, the trial court reinstated probation and ordered defendant to serve eight months in county jail, preferably in the Roads to Recovery program.

Defendant filed a timely notice of appeal.

## II. DISCUSSION

During the December 12, 2006 sentencing hearing, the trial court ordered defendant to serve eight months in county jail with 35 days of custody credits and the balance to be served in the Roads to Recovery program. Immediately following the grant of probation, the trial court clarified that defendant's participation in the Roads to Recovery program was discretionary. The sentencing minutes fail to reflect that defendant's participation in the Roads to Recovery program was to be discretionary, as stated at sentencing.

*2 The People properly concede that the court's oral pronouncement prevails over the entry made in the clerk's minutes and that the record may be corrected at any time to reflect the true facts. (See *People v. Wilshire Ins. Co.* (1977) 67 Cal.App.3d 521, 532-533.)

## III. DISPOSITION

We affirm the judgment and remand the matter for

correction of the December 12, 2006 minute order, minutes, and commitment order to conform to the court's oral pronouncement of judgment that defendant's participation in the Roads to Recovery program is voluntary rather than mandatory.

We concur: MARCHIANO, P.J., and SWAGER, J.
Cal.App. 1 Dist.,2007.
People v. Williams
Not Reported in Cal.Rptr.3d, 2007 WL 3194817 (Cal.App. 1 Dist.)

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**F I L E D**
San Francisco County Superior Court

MAY 8  2007

GORDON PARK-LI, Clerk
BY: _____ Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE CITY AND COUNTY OF SAN FRANCISCO

Department No. 22

IN THE MATTER OF THE APPLICATION )
OF                               )
                                 )    WRIT NO. 5526
                                 )
        STANLEY WILLIAMS         )    ORDER
                                 )
Petitioner,                      )
                                 )
FOR A WRIT OF HABEAS CORPUS      )
                                 )

A writ of habeas corpus has been received.

Petitioner claims that placement in administrative segregation at the San Francisco County Jail for his refusal to participate in academic programs is unconstitutional.

Court computer records and a letter from Petitioner updating his address indicate that he is no longer in the custody of the San Francisco Sheriff's Department. Thus, the petition is moot.

For the foregoing reasons, the petition is denied.

_____
Date  5/8/07

_____
Judge of the Superior Court
JAMES J. McBRIDE

# IN THE SUPERIOR COURT
# OF THE CITY AND COUNTY OF SAN FRANCISCO

NO: 5526

## CERTIFICATION OF SERVICE BY MAIL

I, THE UNDERSIGNED, CERTIFY: THAT I AM A DEPUTY CLERK OF THE SUPERIOR COURT IN THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA, AND NOT A PARTY TO THE WITHIN CAUSE; THAT ON THIS DATE I SERVED A TRUE COPY OF THE DOCUMENT AFFIXED HERETO BY DEPOSITING A COPY THEREOF, ENCLOSED IN A SEPARATE ENVELOPE, POSTAGE PREPAID, IN THE UNITED STATES MAIL, ADDRESSED TO THE PETITIONER AT THEIR ADDRESS AS SHOWN ON THE DOCUMENT(S).

Writ Of Habeas Corpus # 5526

Stanley Williams
1108 Scott Street
San Francisoc, CA. 94115

EXECUTED AT SAN FRANCISCO, CALIFORNIA ON TUESDAY, May 11, 2007

BY _____ DEPUTY CLERK, SUPERIOR COURT
   Maria S. Gonzalez

# IN THE SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

**NO: 5526**

## PROOF OF SERVICE

I, THE UNDERSIGNED, CERTIFY: THAT I AM AN EMPLOYEE OF THE SUPERIOR COURT IN THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA, AND NOT A PARTY TO THE WITHIN CAUSE; THAT ON THIS DATE I SERVED A TRUE COPY OF THE:

Writ Of Habeas Corpus #     5526

> Stanley Williams
> Petitioner

AFFIXED HERETO BY DEPOSITING A COPY THEREOF, BY HAND DELIVERY, ADDRESSED TO THE FOLLOWING:

Laura Zunino, Assistant District Attorney

*5·14·07*

EXECUTED AT SAN FRANCISCO, CALIFORNIA ON

BY _____     DEPUTY CLERK, SUPERIOR COURT
Maria S. Gonzalez

Notice OF Change OF Address

Re    State Write Habeas
Case # 5526

Clerk oF The Superior Court City and
County oF San Francisco

Current Address

Stanley Williams
1108 Scott st
San Francisco Calif
94115

Thank you

Stanl Willm

4-1-07

S. Williams
1108 Scott Sf
SF. CA
94115

SAN FRANCISCO CA 941

02 APR 2007 PM 4 L

Hall of Justice
850 Bryant St
SF. CA 94103

ATTN: Clerk of The Superior
94103+4603



Stanley Williams

ess P.O. Box 67

San Bunro Calif 94066

San Francisco County Jail #5

CDC or ID Number County Jail # 2291118

**F I L E D**

San Francisco County Superior Court

MAR 0 7 2007

GORDON PARK-LI, Clerk

BY: _Angevin Argagea_

Deputy Clerk

## In The State of California

## San Francisco Superior

(Court)

### PETITION FOR WRIT OF HABEAS CORPUS

Stanley Williams

Petitioner

vs.

Sheriff Micheal Hennessey

Respondent

No. _5526._

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS - READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

Martin Dean's
ESSENTIAL FORMS

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.
Cal. Rules of Court, rule 60(a)

**This petition concerns:**

☐ A conviction   ☐ Parole

☐ A sentence   ☐ Credits

☒ Jail or prison conditions   ☐ Prison discipline

☒ Other (specify): Condition of Confinment (grievance)

1. Your name: Stanley Williams

2. Where are you incarcerated? San Francisco County Jail #5 P.O. BOX 67 San Burno Calif 94066

3. Why are you in custody? ☒ Criminal Conviction   ☐ Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

Criminal Conviction Sell of Drugs

b. Penal or other code sections: 11351 H.S.

c. Name and location of sentencing or committing court: Hall of Justic 850 Bryant St San Francisco Superior Court

d. Case number: 195509

e. Date convicted or committed: May 26, 2005 Dept 9

f. Date sentenced: May 26, 2005 Dept 9

g. Length of sentence: 36 month Adult Felony probation

h. When do you expect to be released? Felony probation Commitment Run out 6-5-08

i. Were you represented by counsel in the trial court? ☒ Yes.   ☐ No.   If yes, state the attorney's name and address:

555 7th St S.F. CA 94102

4. What was the LAST plea you entered? *(check one)*

☐ Not guilty   ☒ Guilty   ☐ Nolo Contendere   ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

☐ Jury   ☐ Judge without a jury   ☐ Submitted on transcript   ☐ Awaiting trial

Martin Dean's ESSENTIAL FORMS

6. GROUNDS FOR RELIEF

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order).*

N/A

a. Supporting facts:
   Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where).* *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

N/A

b. Supporting cases, rules, or other authority (optional):
   *(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

N/A

7. **Ground 2 or Ground _____** *(if applicable)* :

N/A

a. Supporting facts:

N/A

b. Supporting cases, rules, or other authority.

N/A



8.  Did you appeal from the conviction, sentence, or commitment? ☐ Yes. ☒ No.    If yes, give the following information:

    a.  Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"): _____

    Result _____    c.  Date of decision: _____

    d.  Case number or citation of opinion, if known: _____

    e.  Issues raised: (1) _____

        (2) _____

        (3) _____

    f.  Were you represented by counsel on appeal? ☐ Yes. ☒ No.  If yes, state the attorney's name and address, if known:

9.  Did you seek review in the California Supreme Court? ☐ Yes. ☒ No.  If yes, give the following information:

    a.  Result _____    b.  Date of decision: _____

    c.  Case number or citation of opinion, if known: _____

    d.  Issues raised: (1) _____

        (2) _____

        (3) _____

    If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

    _____

    _____

11. Administrative Review:

    a.  If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

    These Sheriff Deputies, Lt, Capt Chief, and Sheriff are Acting under

    The Color of State Law (See Attached grievance)

    "Also"

    See Title 15 Div 1 Subchapter 4 (minimum Standard For

    Local Detention Facilities Article 6 inmate Programs and

    Activities "Sect 1061" inmate Education Plans it States:

    For The (Voluntary) academic and or/ vocational education of Both

    Sentence and Non-Sentence I said (I do Not wish To participant)

    b.  Did you seek the highest level of administrative review available? ☒ Yes. ☐ No.
        *Attach documents that show you have exhausted your administrative remedies.*

ESSENTIAL FORMS™

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☐ Yes. If yes, continue with number 13. ☑ No. If no, skip to number 15.

13. a. (1) Name of court: _____

   (2) Nature of proceeding (for example, "habeas corpus petition"): _____

   (3) Issues raised: (a) _____

       (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   b. (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

       (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   N/A

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

   If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

   _____

   _____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)

   _____

   _____

16. Are you presently represented by counsel? ☐ Yes. ☑ No. If yes, state the attorney's name and address, if known:

   _____

   _____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☑ No. If yes, explain:

   _____

   _____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court

   _____

   _____

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 3 - 6 - 2007          ▶ _Stanley Williams_ (SIGNATURE OF PETITIONER)

Martin Dean's
ESSENTIAL FORMS

San Francisco Sheriff's Department

Classification Copy

# ADMINISTRATIVE SEGREGATION RECORD

Prisoner Name __Williams__  __Stanley__ _____  SFNO __373779__

Last              First              MI

Gender __M__  Race __B__  DOB: __10-03-52__ Current Charges __SWAP WRNT__

Place of Occurance __3B-08__                    Date __03-06-07__    Time __0930__

The prisoner was removed from general population and placed on administrative segregation status for the following reason(s): *(check each box that applies)*

| | | |
|---|---|---|
| ☐ | ESCAPE - | Prone to escape and/or history of escape |
| ☐ | ASSAULTIVE - | Prone to assault staff |
| ☐ | ASSAULTIVE - | Prone to assault other prisoners |
| ☒ | DISRUPTIVE - | in general population |
| ☐ | GANG - | Active participation in gang or other disruptive group activities while in custody |
| ☐ | PROTECTION - | Likely to need protection from other prisoners |
| ☐ | DOCUMENTED THREAT - | To the safety and security of the facility or to others |
| ☐ | MEDICAL ISOLATION - | Per request of Jail Health Services |
| ☐ | OWN REQUEST - | Requests ad seg housing because_____ |
| ☐ | OTHER | _____ |

Note:   Administrative Segregation is an option afforded facility administrators for the maintenance of order, safety and security; it is not and must not be confused with punishment or discipline.

Staff Recommending Placement: __Sgt. Williams__                    Prisoner Ad Seg Location

Name and Star

Supervisor Approving Placement: __Sgt. Williams__                    __3A-16__

Rank, Name and Star#

Narrative of need for placement: __When Ask to move to 7A Program Pod__
__Inmate refused Stated I'd rather go to__
__Ad Seg.__

_____

Classification Use Only                    **INITIAL REVIEW**

Date Of Review:_____          Reviewed by:_____

Comments:_____

Recommendation:_____

Supervisor's Review:_____    By:_____

comments                              Classification Supervisor

San Francisco County Jail #5 (mandatory
program(s) is "Illegal" (Title 15 Div 1)
Subchapter 4 — Article 6 — "Section 1061"
State: For the voluntary academic and/or Both
Sentence and NON-Sentence

    I still wish NOT to participate in CJ#5
Program (s)...

    When you receive this page alone with the
state writ of Habeas Corpus and attached grievance
That's means either I am in the Hole OR Adseg

State Law while incarcerate
Creates Liberty interests or
Deserving protection under
The Fourteenth Amendments
Due process clause

Sandin V. Conner
515 U.S. 472 (1995)

I am Also being Deny Access To The Courts (Law Library)
While in Administrative Segregation At San Francisco County Jail
No 5

Please. follow me please
Michael Hennessey
Sheriff

# San Francisco County Jail Facility
## Prisoner Grievance Form

| Type of Grievance (Place an X in the corresponding category) | | Date / Time: | 2-17-07 1145 |
|---|---|---|---|
| | | Facility: | CJ 5 |
| | | Deputy / Star# | N6 1704 |
| ____ Classification | ____ Jail Medical Services | Code | |
| ____ Psych Services | ____ Food Services | Log Number | |
| ____ Telephone | ____ Other | | |

**Prisoner's Name:** Stanley Williams    **Jail #** 2291118    **Cell #** 3B-08

**Grievance - (Please be specific: time, date, etc.)**

This is in Response To San Francisco County Jail "5"

"Mandatory"

Education — Vocational — Program(s)

"Continue Next page"

**Prisoner's Signature** Stanley Williams

*Must be signed for all Medical /Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.*

**Prisoner's Signature**

*Note: After you have finished and signed this form, take your PINK copy for your records.*

**Staff member's response:**

**Signature:** _____ **Date:** _____
**Prisoner's Signature:** _____ ☐ Satisfied With Response    ☐ Prisoner Appeal

**Supervisor's response:**

**Signature:** _____ **Date:** _____
**Prisoner's Signature:** _____ ☐ Satisfied With Response    ☑ Prisoner Appeal

**Facility Commander response:**

Mr. Williams you are assigned and housed in a program facility. If you refuse to participate in a program, you will be considered to be disruptive to the operations of this jail and will be dealt as

**Signature:** Capt Prico **Date:** 2/22/07    ☐ Upheld Grievance Response

being disruptive in general population

Please follow up
Michael Hennessy
Sheriff

# San Francisco County Jail Facility
## Prisoner Grievance Form

| **Type of Grievance** | | Date / Time: | 2-17-07 1145 |
|---|---|---|---|
| (Place an X in the corresponding category) | | Facility: | CJ 5 |
| | | Deputy / Star# | 116 1704 |
| _____ Classification | _____ Jail Medical Services | Code | |
| _____ Psych Services | _____ Food Services | Log Number | |
| _____ Telephone | _____ Other | | |

**Prisoner's Name:** Stanley Williams   **Jail #** 2291118   **Cell #** 3B-08

**Grievance - (Please be specific: time, date, etc.)**

This is in Response to San Francisco County Jail "5"

"Mandatory"

Education — Vocational - Program(s)

Continue Next page"

**Prisoner's Signature** Stanley Williams

Must be signed for all Medical / Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature**

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

| Signature: | Date: | |
|---|---|---|
| **Prisoner's Signature:** | ☐ Satisfied With Response | ☐ Prisoner Appeal |

**Supervisor's response:**

| Signature: | Date: | |
|---|---|---|
| **Prisoner's Signature:** | ☐ Satisfied With Response | ☐ Prisoner Appeal |

**Facility Commander response:**

| Signature: | Date: | ☐ Upheld Grievance Response |
|---|---|---|

**Orginal (Facility Copy)**     **Gold (Response To Prisoner)**     **Pink (Prisoner Copy)**

Michael Hennessey
Sheriff

# San Francisco County Jail Facility
## Prisoner Grievance Form

**Type of Grievance**
*(Place an X in the corresponding category)*

| | |
|---|---|
| ___ Classification | ___ Jail Medical Services |
| ___ Psych Services | ___ Food Services |
| ___ Telephone | ___ Other |

Date / Time: 2·17·07 11x
Facility: CJ 5
Deputy / Star# NG 125
Code
Log Number

**Prisoner's Name:** Stanley Williams      **Jail #** 2291118      **Cell #** 3B-08

**Grievance** *(Please be specific: time, date, etc.)*

These Statue(s) OF The TiTle 15 "Div 1" are "All" (Legistative Law)
by The California State Legistalor(s)
Title 15 "Div 1" Subchapter (4) ARTicle 1 (Sect 1006 Definition(s)
"Shall" is mandatory
"may" is premissive

"Cartinue NexT Page"

**Prisoner's Signature** Stanley William

*Must be signed for all Medical /Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.*

**Prisoner's Signature**

*Note: After you have finished and signed this form, take your PINK copy for your records.*

**Staff member's response:**

**Signature:** | **Date:**

**Prisoner's Signature:** | ☐ Satisfied With Response | ☐ Prisoner Appeal

**Supervisor's response:**

**Signature:** | **Date:**

**Prisoner's Signature:** | ☐ Satisfied With Response | ☐ Prisoner Appeal

**Facility Commander response:**

**Signature:** | **Date:** | ☐ Upheld Grievance Response

Orginal (Facility Copy)      Gold (Response To Prisoner)      Pink (Prisoner Copy)

please forward to S.F.G. Log House
Michael Hennessey
Sheriff

# San Francisco County Jail Facility
## Prisoner Grievance Form

| | |
|---|---|
| **Type of Grievance** (Place an X in the corresponding category) | Date / Time: 2-17-07 11:45<br>Facility: C.J. 5<br>Deputy / Star# MG 1704<br>Code<br>Log Number |

| _____ Classification | _____ Jail Medical Services |
|---|---|
| _____ Psych Services | _____ Food Services |
| _____ Telephone | _____ Other |

| Prisoner's Name: | Jail # | Cell # |
|---|---|---|

**Grievance** *(Please be specific: time, date, etc.)*

Type(s) OF Facility (ies) II III IV ... S.F.C.J #5 is A Type II +
III Facility "Article 6" (INmate(s) pRograms and Activities)
Section(s) "1061" INmate(s) Education State(s): FoR The "Voluntary" aca-
demic and/oR Vocational education of "Both" SenTence and NoN- SenT-
ence INmate(s): (Now) "where" Does it State(s) IN The (TiTle 15 Div 1)
That Those Vocational Program(s) AT "ANY" ° (ConTiNue NexT Page)

**Prisoner's Signature**

*Must be signed for all Medical /Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.*

**Prisoner's Signature**

*Note: After you have finished and signed this form, take your PINK copy for your records.*

**Staff member's response:**

| Signature: | Date: | |
|---|---|---|
| Prisoner's Signature: | ☐ Satisfied With Response | ☐ Prisoner Appeal |

**Supervisor's response:**

| Signature: | Date: | |
|---|---|---|
| Prisoner's Signature: | ☐ Satisfied With Response | ☐ Prisoner Appeal |

**Facility Commander response:**

| Signature: | Date: | ☐ Upheld Grievance Response |
|---|---|---|

*Orginal (Facility Copy)*     *Gold (Response To Prisoner)*     *Pink (Prisoner Copy)*

Please investigate
Michael Hennessey
Sheriff

41 91 6 Log please

# San Francisco County Jail Facility
## Prisoner Grievance Form

**Type of Grievance**
(Place an X in the corresponding category)

| | |
|---|---|
| _____ Classification | _____ Jail Medical Services |
| _____ Psych Services | _____ Food Services |
| _____ Telephone | _____ Other |

**Date / Time:** 2-17-07  1145
**Facility:** CSF
**Deputy / Star#** NG 1304
**Code**
**Log Number**

**Prisoner's Name:**      **Jail #**      **Cell #**

**Grievance** *(Please be specific: time, date, etc.)*

California County Jail(s) or I Thou IV Facility(ies) The Title 15 Div-I (Section 1061) State(s) what it state for The (Voluntary) you Read it !!

Every Thing in The Title 15 Division 1, 2, 3, 4; 4.5, 5, 6, And 7 it's (All) Legislatve Law San Francisco County Jail #5 you can (Not) Change That Legislate Law For "your own" purposes; Next Page

**Prisoner's Signature**

*Must be signed for all Medical /Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.*

**Prisoner's Signature**

**Note:** *After you have finished and signed this form, take your PINK copy for your records.*

**Staff member's response:**

**Signature:**      **Date:**

**Prisoner's Signature:**    ☐ **Satisfied With Response**    ☐ **Prisoner Appeal**

**Supervisor's response:**

**Signature:**      **Date:**

**Prisoner's Signature:**    ☐ **Satisfied With Response**    ☐ **Prisoner Appeal**

**Facility Commander response:**

**Signature:**      **Date:**      ☐ **Upheld Grievance Response**

*Orginal (Facility Copy)*      *Gold (Response To Prisoner)*      *Pink (Prisoner Copy)*

Please forward to
Michael Hennessey
Sheriff

Date of Release

# San Francisco County Jail Facility
## Prisoner Grievance Form

| | |
|---|---|
| **Date / Time:** | 2-17-07 1145 |
| **Facility:** | C J 5 |
| **Deputy / Star#** | NG 1709 |
| **Code** | |
| **Log Number** | |

**Type of Grievance**
(Place an X in the corresponding category)

| | | | |
|---|---|---|---|
| _____ | Classification | _____ | Jail Medical Services |
| _____ | Psych Services | _____ | Food Services |
| _____ | Telephone | _____ | Other |

**Prisoner's Name:** Stanley Williams     **Jail #** 2291118     **Cell #** 313-08

**Grievance** *(Please be specific: time, date, etc.)*

"IF" ANY County Jail or ___ Facility(ies) IN The State of California
"legal Dept" have had a Hebeas/injunction petition proceeding order
"Issued", ordered by ANY state or Federal Court (produce) The "Evidence"
of That order!!! so That it can be Read Which Would (State) "Mandatory
Participation" IN a inmate Vocational/Education programs) IN S.F.C.J "05"
Also would it NOT State That IN The:              NexT Page

**Prisoner's Signature** Stanley Williams

*Must be signed for all Medical /Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.*

**Prisoner's Signature**

*Note: After you have finished and signed this form, take your PINK copy for your records.*

**Staff member's response:**

**Signature:** _____ **Date:** _____

**Prisoner's Signature:** _____  ☐ Satisfied With Response    ☐ Prisoner Appeal

**Supervisor's response:**

**Signature:** _____ **Date:** _____

**Prisoner's Signature:** _____  ☐ Satisfied With Response    ☐ Prisoner Appeal

**Facility Commander response:**

**Signature:** _____ **Date:** _____    ☐ Upheld Grievance Response

*Orginal (Faciity Copy)*          *Gold (Response To Prisoner)*          *Pink (Prisoner Copy)*

# San Francisco County Jail Facility
## Prisoner Grievance Form

| | |
|---|---|
| **Type of Grievance** (Place an X in the corresponding category) | **Date / Time:** 02-17-07 <br> **Facility:** CJ 5 <br> **Deputy / Star#** NC 174 <br> **Code** <br> **Log Number** |

| ____ Classification | ____ Jail Medical Services |
|---|---|
| ____ Psych Services | ____ Food Services |
| ____ Telephone | ____ Other |

**Prisoner's Name:** Stanley Williams    **Jail #** 2291118    **Cell #** 3B-08

**Grievance** *(Please be specific: time, date, etc.)*

California Code of Regulation Title 15 Div 1 Sec 1061 inmate Education S.F.C.J #5 produce The evidence That said That CJ#5 programs is "mandatory" IF CJ#5 can not produce That evidence It must not EXIST or produce The legislative Text or State or Federal order pretaining To CJ#5 inmate Vocational/Education programs

Thank you

**Prisoner's Signature** Stanley Willia

*Must be signed for all Medical /Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.*

**Prisoner's Signature**

*Note: After you have finished and signed this form, take your PINK copy for your records.*

**Staff member's response:**




**Signature:**    **Date:**
**Prisoner's Signature:**    ☐ Satisfied With Response    ☐ Prisoner Appeal

**Supervisor's response:**




**Signature:**    **Date:**
**Prisoner's Signature:**    ☐ Satisfied With Response    ☐ Prisoner Appeal

**Facility Commander response:**




**Signature:**    **Date:**    ☐ Upheld Grievance Response

*se Forwards*
*(Michael Hennessy) Sheriff*

# San Francisco County Jail Facility
## Prisoner Grievance Form

**Type of Grievance**
(Place an X in the corresponding category)

| | |
|---|---|
| ___ Classification | ___ Jail Medical Services |
| _X_ Psych Services | ___ Food Services |
| ___ Telephone | ___ Other |

Date / Time: 2/23 A/13HS
Facility: CJ#5
Deputy / Star# MILLER 788
Code
Log Number 091

**Prisoner's Name:** Stanley Williams     **Jail #** 229 1118     **Cell #** 5 3B-08

**Grievance,** (Please be specific: time, date, etc.)

This is Federal case Law
In Sandin V. Conner, 515 U.S. 472 (1995) The Supreme
court held that state Law ~~and~~ Creates Liberty Interests Deserving —
Protection under The Fourteenth Amendment's Due Process clause only
when The deprivation in question (1) Restrains The "Inmate Freedom"
in a manner Not Expected From There Sentence. Continue Next page

**Prisoner's Signature**
Must be signed for all Medical / Psychiatric Grievances. I hereby authorize Jail Health Services to disclose
information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature**
Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

Response is on page two.

Signature:                                      Date:
**Prisoner's Signature:**      ☐ Satisfied With Response      ☐ Prisoner Appeal

**Supervisor's response:**

Signature:                                      Date:
**Prisoner's Signature:**      ☐ Satisfied With Response      ☐ Prisoner Appeal

**Facility Commander response:**

Signature:                  Date:                  ☐ Upheld Grievance Response

*Orginal (Facility Copy)*     *Gold (Response To Prisoner)*     *Pink (Prisoner Copy)*

(2 of 2)

# San Francisco County Jail Facility
## Prisoner Grievance Form

**Type of Grievance**
(Place an X in the corresponding category)

| | |
|---|---|
| _____ Classification | _____ Jail Medical Services |
| _____ Psych Services | _____ Food Services |
| _____ Telephone | _____ Other |

Date / Time: 2/23/07 17:00
Facility: CJ#5
Deputy / Star# MILLER #18,
Code
Log Number 091

**Prisoner's Name:** Stanley Williams   **Jail #** 2291118   **Cell #** 5 3B-08

**Grievance** (Please be specific: time, date, etc.)

and (2) imposes atypical and significant hardship on the inmate
in relation to the ordinary incidents of Jail Life
Neal v. Shimoda 131 F. 3d 818, 827-28 (9th Cir 1997)
Mujahid v. Meyer, 59 F. 3d 931, 932 (9th Cir 1995)
Resnick v. Hayes 213 F. 3d 443, 448 (9th Cir 2000)

**Prisoner's Signature** Stanley Williams

*Must be signed for all Medical / Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.*

**Prisoner's Signature**

*Note: After you have finished and signed this form, take your PINK copy for your records.*

**Staff member's response:**

You state no grievable issue that pertains to your current housing conditions. _____
quoting various court decisions does not help on a grievance form.  Your compl___
should be explicit as to what current condition you are grieving.

Signature: _____ Date: 2/24/07
**Prisoner's Signature:** _____ ☐Satisfied With Response   ☒Prisoner Appeal

**Supervisor's response:**

Signature: _____ Date: _____
**Prisoner's Signature:** _____ ☐Satisfied With Response   ☐Prisoner Appeal

**Facility Commander response:**

I concur with S/O Gunns response, you
do not site any grievable issue

Signature: _____ Date: 2/26/07   ☒Upheld Grievance Response

Orginal (Facility Copy)    Gold (Response To Prisoner)    Pink (Prisoner Copy)

SERVICE OF PROCESS

TO EFFECT SERVICE

**E-filing**

CV 08    2197

I StanLey Williams Jail 235 6619 am

Requesing of The United State

RMW

MarShal FoR SERVICE oF The

(PR)

Summons and ComplainT oN

Micheal HeNNessey "SheriFF" oF

San FranCisco City and County

Jail System . . . .

Stanley Williams

2356619

4-5-08

Hasler



RECEIVED

APR 25 2008

RICHARD W.
CLERK, U.S.
NORTHERN DIS

Clerk of United State District
Court For Northern District

California

450 Golden Gate AVE
P.O. Box 36060 San Francisco

Williams
To BryAnT
F. Calf 94103