FILED

APR 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RMW

CV 08 2197

Stanley Williams Plaintiff,

vs.

Micheal Hennessey Sheriff
S.F. County Jail
Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, Stanley Williams, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.    Business, Profession or             Yes ___ No _X_
10         self employment
11     b.    Income from stocks, bonds,          Yes ___ No _X_
12         or royalties?
13     c.    Rent payments?                   Yes ___ No _X_
14     d.    Pensions, annuities, or              Yes ___ No _X_
15         life insurance payments?
16     e.    Federal or State welfare payments,   Yes ___ No _X_
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.

21 _____

22 _____

23 3.    Are you married?                        Yes ___ No _X_

24 Spouse's Full Name: _____

25 Spouse's Place of Employment: _____

26 Spouse's Monthly Salary, Wages or Income:

27 Gross $_____ Net $_____

28 4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS APP TO PROC. IN FORMA PAUPERIS          - 2 -

     b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.    Do you own or are you buying a home?    Yes ____  No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes ____  No _X_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _X_ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account?  Yes ____  No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No _X_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ____ No _X_

_____

8.    What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.    Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?    Yes ___ No _X_ or (my be)
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  were Filed State write of Habeas in a San Francisco Superior
10 Court Dept 22 which "Shield" The "Sheriff" From This Lawsuit
   by Deeming it moot
11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  4-2-08                           Stanley Williams
17    DATE                           SIGNATURE OF APPLICANT

PRIS APP TO PROC. IN FORMA PAUPERIS        - 4 -