***E-FILED - 7/11/08***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY WILLIAMS, | No. C 08-2197 RMW (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| SHERIFF HENNESSEY, et al., | |
| Defendants. | |

    The court has dismissed the instant civil rights complaint for failure to state a cognizable claim for relief under 42 U.S.C. § 1983. A judgment of dismissal is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 7/7/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\CR.08\Williams197jud.wpd     1